(Rev. 6/25/05) Prisoner Civil Rights Complaint

ORIGINAL

## Official Use Only

| Case Number | Jud | Case: 2:06-cv-15211<br>Assigned To: Lawson, David M<br>Referral Judge: Pepe, Steven D<br>Filed: 11-22-2006 At 08:57 AM<br>PRIS TOWNSEND V DUGGAN (EW) |
|---|---|---|

## PRISONER CIVIL RIGHTS COMPLAINT

This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

### Plaintiff's Information

Name: Tony Toreal Townsend
Prisoner No.: 231770
Place of Confinement: Carson City MDOC Corr. Fac. Boyer Road / Carson City P.O. Box 5000 Carson City, MI 48811-5000
Street: Boyer Road / Carson City P.O. Box 5000
City: Carson City
State: MI
Zip Code: 48811-500

Are there additional plaintiffs? ☐ Yes ☒ No

If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide names, prisoner numbers and addresses for all plaintiffs.

### Defendant's Information

Name: Mike E. Duggan
Position: Wayne County Prosecutor
Street/P.O. Box: 1441 St. Antoine
City: Detroit, MI
State: MI
Zip Code: 48226

Are you suing this defendant in his/her: ☒ Personal Capacity ☒ Official Capacity ☒ Both Capacities

Are you suing more than one defendant? ☒ Yes ☐ No

If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.

1

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☐ Yes   ■ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| | |
|---|---|
| Docket or Case Number: | 252371 |
| Name of Court: | Michigan Court of Appeals |
| Parties (Caption or Name of Case): | People of the State of Michigan Appellee V. Tony Townsend |
| Disposition: | Appeal Denied |

| | |
|---|---|
| Docket or Case Number: | 130842 |
| Name of Court: | Michigan Supreme Court of Appeals |
| Parties (Caption or Name of Case): | People of The State of Michigan Appellee V. Tony Toreal Townsend |
| Disposition: | Appeal Denied |

| | |
|---|---|
| Docket or Case Number: | To be assigned |
| Name of Court: U.S. District | Federal Habeas Corpus Filed defective requested resend. |
| Parties (Caption or Name of Case): | People of The State of Michigan Appelle V. Tony Toreal Townsend |
| Disposition: | Federal Habea is defective, I requested it to be sent back to me. |

**Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.**

2

(Rev. 5/25/05) Prisoner Civil Rights Complaint

## II. ADMINISTRATIVE REMEDIES

You are required to inform the Court of the steps you took to exhaust available administrative remedies with regard to each of your claims and to attach to the complaint copies of the documents which show that you have done so. For example, attach copies of the grievances you submitted regarding each claim and the responses you received. If these documents are not available, you must describe in detail the administrative proceeding and its outcome so that the Court may determine what claims, if any, have been exhausted.

1. If you are in the custody of the State of Michigan or one of its subdivisions, did you:

   a. File a grievance with the Step 1 Grievance Coordinator?
      ☐ Yes   ■ No

   b. Appeal to the Step 2 Grievance Coordinator?
      ☐ Yes   ■ No

   c. Appeal to the Step 3 Grievance Coordinator?
      ☐ Yes   ■ No

   If you did not take one or more of these steps or, if these documents are not available, please explain: This is NOT A MDOC ISSUE with an exception to Being falsely returned, the Detroit Police and Wayne County Government agents/ actors, Judges, Government willful participants Obstructed Justice, committed Fraud, witness tampering, false Arrest, Relied on known perjured testimony and false evidence, known material false statements concealed material known false Affidavits to procure warrants For a false Arrest, unconstitutional Civil Rights Deprivations And Deprived Tony Tonal Townsend of all Life and Liberty 42 USC § 1983, MCR 3.806 MCL 600.1701 et seq, MCL 600.6470 § 6470 The Judges, Police, Prosecutors, knew I Never committed these crimes and these issues are preserved on the record and exhibits in support are forth coming.

2. If you are a federal detainee, prisoner or parolee, and if your claim concerns parole, did you appeal to the National Appeals Board of the United States Parole Commission?
   ☐ Yes   ■ No

   If no, please explain: _____

   _____
   _____
   _____
   _____

3

3.     If you are a federal detainee, prisoner or parolee, and if your claim involves something other than parole, did you:

    a.     Attempt to resolve your complaint informally?
        ☐ Yes     ■ No

    b.     File a formal complaint?
        ☐ Yes     ■ No

    c.     Appeal to the warden?
        ☐ Yes     ■ No

    d.     Appeal to the Regional Director of the Bureau of Prisons?
        ☐ Yes     ■ No

    e.     Appeal to General Counsel for the Bureau of Prisons?
        ☐ Yes     ■ No

If not, please explain: NOT A MDOC ISSUE THE Wayne County Government Agents And Actors and STATE employees violated the Rule and color of Law violating my USCA I thru XXVI

## III. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

A Police officer was shot and killed on August 11, 2002 in Eastside of the city of Detroit at 11224 Corbett. The Detroit Police Never Did a complete or Honest and thorough investigation, they Just Round up 20 people out of 150 people, Tested people for Gun Power Residue I DID NOT Have Any at All Because I DID NOT Shoot ANY one. Officers Derick THOMas and Detroit Police Officers Michael Carlisle, and H MAccalister created induce this state-created Danger with the Wayne County prosecutors and 3rd Circuit Judges and 36th District Court Judges who should Have Never Bound this case over to 3rd Circuit Court of Wayne County Judge Townsend in 3rd Circuit outrageous Court Conduct is unlawful and unconstitutional and illegal under Both state and Federal Constitutions. See Attached Dates Exhibit Places.

4

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

1. Vacate this illegal, unlawful, unconstitutional, fraudulently procured convictions + grant this Petition and Hold a Full Franks Hearing, to vacate this Judgement

2. Order a Full FBI Federal investigation And Hold every state employee civilly and criminally fully responsible; And grant Federal indictments if required.

3. Pursuant to Trescuant v. Tampa Florida award Damage of 1.5 million Dollars per minute From the date of 8/11/ 2002

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on __10/31/06__ (date).

_Tony Townsend_
Signature of Plaintiff

* * * * *

5

DEPARTMENT OF CORRECTIONS
ER STATIONARY

CSJ-110 4/90
4835-3110

TO:
| NAME | | | |
|---|---|---|---|
| NO. AND STREET or R.R. | | | |
| CITY | STATE | ZIP | |

FROM:
| NAME | | |
|---|---|---|
| NO. | | LOCK |
| INSTITUTION | | DATE |

IN CORRESPONDENCE, USE NAME AND NUMBER ON YOUR LETTER AND ENVELOPE

| Names | Address | Public # or Clock # |
|---|---|---|
| Derrick Thomas DPDPt. | 1300 Beaubien Detroit, MI 48226 | 1253 |
| Michael Carlisle DP Dpt. | 1300 Beaubien Detroit, MI 48226 | 4339 |
| Roy McCalister DP Dpt. | 1300 Beaubien Detroit, MI 48226 | |
| Dana Russell DP DPt. | 1300 Beaubien Detroit, MI 48226 | 3794 |
| Scott Stewart DP DPt. | 1300 Beaubien Detroit, MI Deceased | 4118 |
| Scott Kuriczal DP DPt. | 1300 Beaubien Detroit, MI 48226 | 161 |
| Lt Lyons DP DPt. | 1300 Beaubien Detroit, MI 48226 | L-250 |
| Lt V. Vivierette DP DPt | 1300 Beaubien Detroit, MI 48226 | L-61 |
| Inv. I. Todd DP DPt | 1300 Beaubien Detroit, MI 48226 | I-22 |
| Robert M. West DP DPt. | 1300 Beaubien Detroit, MI 48226 | 4882 |
| R. Clements DDt | 1300 Beaubien Detroit, MI 48226 | |
| Det. Anthony Abdallah | 1300 Beaubien Detroit, MI 48226 | |
| Everat Monroe DPDPt | 1300 Beaubien Detroit, MI 48226 | |
| Edward Willian DP DPt | 1300 Beaubien Detroit, MI 48226 | |

Not Limited to these officers the Prosecution Never Disclosed All Known evidence Under Brady v. Maryland, 373 US 83, 83 SCT 1194 (1963)

Anette Berry Judge 3r. Cir. 1441 St. Antoine Detroit, MI 48226-2384 (313) 224-4679
Leonard Townsend 3rd Cir. Judge 1441 St Antoin Detroit, MI 48226-2384 (313) 224-5201
Norma Y. Dotson 36th District 5600 Oakman Blvd Detroit, MI 48204 (Not Available)
David Cripp Defense Lawyer (Retained) 535 Griswold St Ste 2632 Detroit, MI 48226 (313) 963-0210
William Winters Defense Lawyer (Court Appointed) 17940 Farmington Rd Ste 280 Livonia, MI 48152 (734) 513-4010
Stanford A. Schulman (appellant counsel) 407 E. Fort St. Ste 110 Detroit, MI 48226 (313) 963-4740
Wayne County Prosecutor Donna Pendergast P.O.Box 30218 Lansing, MI 48909 (517) 241-6504
Wayne County Prosecutor Demetria Bruce 1441 St Antoine Detroit, MI 48226 (313) 224-8446
Michael Duggan Chief Wayne County Prosecutor at Time 3990 John R. St. Detroit, MI 48201 (313) 745-1250
Wayne County Prosecutor Janet Napp 1441 St Antoine Detroit, MI 48226 (313) 224-5777

**DEPARTMENT OF CORRECTIONS**
**...ER STATIONARY**

CSJ-110 4/90
4836-3110

TO:
NAME
NO. AND STREET OR R.R.
CITY | STATE | ZIP

FROM:
NAME
NO. | LOCK
INSTITUTION | DATE

IN CORRESPONDENCE, USE NAME AND NUMBER ON YOUR LETTER AND ENVELOPE

Timothy A. Baughman   Prosecutor Wayne County   1441 St. Antoine St Detroit, MI 48226   (313) 224-5792
Tim Furtan              Prosecutor Wayne County   1441 St. Antoine St Detroit, MI 48226   (313) 224-5792
Elizabeth J. Walker     Prosecutor Wayne County   1441 St Antoine St Detroit, MI 48226   (313) 224-5804

# CIVIL COVER SHEET FOR PRISONER CASES
## TO BE FILED IN DUPLICATE WITH EVERY NEW CIVIL ACTION

**Listed Plaintiff:** Torreal Townsend
**Inmate Number:** 231770

**Name of 1st Listed Defendant:** Mike E. Duggan

Case: 2:06-cv-15211
Assigned To: Lawson, David M
Referral Judge: Pepe, Steven D
Filed: 11-22-2006 At 08:57 AM
PRIS TOWNSEND V DUGGAN (EW)

### FACILITIES, LISTED ALPHA BY CITY:

- PARR HIGHWAY CORRECTIONAL FACILITY, 2727 E. BEECHER STREET, ADRIAN, MI 49221
- GUS HARRISON CORRECTIONAL FACILITY, P2727 E. BEECHER STREET, ADRIAN, MI 49221, LENAWEE COUNTY CODE: 26091
- BARAGA MAXIMUM CORRECTIONAL FACILITY, 301 WADAGA ROAD, BARAGA, MI 49908, BARAGA COUNTY CODE: 26013
- [X] BOYER ROAD CORRECTIONAL FACILITY, 10274 BOYER ROAD, CARSON CITY, MI 48811, MONTCALM COUNTY CODE: 26117
- FLORENCE CRANE CORRECTIONAL FACILITY, P.O. BOX 307, 38 FOURTH STREET, COLDWATER, MI 49036
- LAKELAND CORRECTIONAL FACILITY, 141 FIRST STREET, COLDWATER, MI 49036, BRANCH COUNTY CODE: 26023
- MOUND CORRECTIONAL FACILITY, 17601 MOUND ROAD, DETROIT, MI 48212
- RYAN CORRECTIONAL FACILITY, 17600 RYAN ROAD, DETROIT, MI 48212
- WAYNE COUNTY JAIL, 570 CLINTON STREET, DETROIT, MI 48226, WAYNE COUNTY CODE: 26163
- OAKS CORRECTIONAL FACILITY, P.O. BOX 38, 1500 CABERFAE HWY., EASTLAKE, MI 49626-0038, MANISTEE COUNTY CODE: 26101
- GENESSE COUNTY JAIL, 1002 S. SAGINAW, FLINT, MI 48502, GENESSE COUNTY CODE: 26049
- SAGINAW CORRECTIONAL FACILITY, 9625 PIERCE ROAD, FREELAND, MI 48623, SAGINAW COUNTY CODE: 26145
- WILLIAM DICKERSON FACILITY, 3501 HAMTRAMCK DRIVE, HAMTRAMCK, MI 48211, WAYNE COUNTY CODE: 26163
- BELLAMY CREEK CORRECTIONAL FACILITY, 1727 W. BLUEWATER HIGHWAY, IONIA, MI 48846
- IONIA MAXIMUM FACILITY, 1576 W. BLUEWATER HIGHWAY, IONIA, MI 48846
- DEERFIELD CORRECTIONAL FACILITY, 1755 HARWOOD ROAD, IONIA, MI 48846
- RIVERSIDE CORRECTIONAL FACILITY, 777 W. RIVERSIDE DRIVE, IONIA, MI 48846
- HANDLON MICHIGAN TRAINING UNIT, 1728 BLUEWATER HIGHWAY, P.O. BOX 492, IONIA, MI 48846, IONIA COUNTY CODE: 26067
- COOPER STREET CORRECTIONAL FACILITY, 3100 COOPER STREET, JACKSON, MI 49201
- G. ROBERT COTTON CORRECTIONAL FACILITY, 3510 N. ELM ROAD, JACKSON, MI 49201
- CHARLES EGELER RECEPTION AND GUIDANCE CENTER, 3855 COOPER STREET, JACKSON, MI 49201
- PARNALL CORRECTIONAL FACILITY, 1780 E. PARNALL, JACKSON, MI 49201
- SOUTHERN MICHIGAN CORRECTIONAL FACILITY, 4010 COOPER STREET, JACKSON, MI 49201, JACKSON COUNTY CODE: 26075
- CHIPPEWA CORRECTIONAL FACILITY, 4358..., KINCHELOE...
- HIAWATHA CORRECTIONAL FACILITY, 4533 MARSHALL ROAD, KINCHELOE, MI 49786-0001
- STRAITS CORRECTIONAL FACILITY, 4269 W. M-80, KINCHELOE, MI 49784-0001
- KINROSS CORRECTIONAL FACILITY, 16770 S. WATERTOWER DRIVE, KINCHELOE, MI 49788, CHIPPEWA COUNTY CODE: 26033
- MARQUETTE BRANCH PRISON, 1960 S. US-41, MARQUETTE, MI 49855, MARQUETTE COUNTY CODE: 26103
- THUMB CORRECTIONAL FACILITY, 3225 JOHN CONLEY DRIVE, LAPEER, MI 48446, LAPEER COUNTY CODE: 26087
- FEDERAL CORRECTIONAL INSTITUTION - MILAN, P.O. BOX 1000, MILAN, MI 48160-1090, WASHTENAW COUNTY CODE: 26161
- MACOMB COUNTY JAIL, P.O. BOX 2308, MOUNT CLEMONS, MI 48043, MACOMB COUNTY CODE: 26099
- MUSKEGON CORRECTIONAL FACILITY, 2400 SHERIDAN DRIVE, MUSKEGON, MI 49442
- EARNEST C. BROOKS CORRECTIONAL FACILITY, 2500 S. SHERIDAN DRIVE, MUSKEGON HEIGHTS, MI 49444, MUSKEGON COUNTY CODE: 26121
- ALGER MAXIMUM FACILITY, P.O. BOX 600, INDUSTRIAL PARK DRIVE, MUNISING, MI 49862, ALGER COUNTY CODE: 26003
- NEWBERRY CORRECTIONAL FACILITY, 3001 NEWBERRY AVENUE, NEWBERRY, MI 49868, LUCE COUNTY CODE: 26095
- SCOTT CORRECTIONAL FACILITY, 47500 FIVE MILE ROAD, PLYMOUTH, MI 48170
- WESTERN WAYNE CORRECTIONAL FACILITY, 46401 FIVE MILE ROAD, PLYMOUTH, MI 48170, WAYNE COUNTY CODE: 26163
- OAKLAND COUNTY JAIL, P.O. BOX 436017, PONTIAC, MI 48343, OAKLAND COUNTY CODE: 26125
- MID-MICHIGAN CORRECTIONAL FACILITY, 8201 N. CROSWELL ROAD, ST. LOUIS, MI 48880
- PINE RIVER CORRECTIONAL FACILITY, 320 N. HUBBARD, ST. LOUIS, MI 48880
- ST. LOUIS CORRECTIONAL FACILITY, 8585 N. CROSWELL ROAD, ST. LOUIS, MI 48880, GRATIOT COUNTY CODE: 26057
- STANDISH MAXIMUM CORRECTIONAL FACILITY, 4713 W. M-61, STANDISH, MI 48658, ARENAC COUNTY CODE: 26011
- HURON VALLEY CENTER, 3511 BEMIS ROAD, YPSILANTI, MI 48197
- HURON VALLEY MEN'S FACILITY, 3201 BEMIS ROAD, YPSILANTI, MI 48197, WASHTENAW COUNTY CODE: 26161

---

### OFFICE USE ONLY

**PLAINTIFF ADDRESS:** (IF NOT ABOVE)

**PLAINTIFF'S COUNTY OF RESIDENCE:** 

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity

**NATURE OF SUIT**
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 Habeas Corpus
- ☐ 535 Habeas/Death Penalty
- ☐ 540 Mandamus
- [X] 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 890 Other

**ORIGIN**
- [X] 1 Original Proceeding
- ☐ 2 Removed From State Court
- ☐ 5 Transferred from another District

**JURY DEMAND**
Check YES only if demanded in complaint
- [X] No
- ☐ Yes

**FEE STATUS**
- [X] IFP In Forma Pauperis
- ☐ WAI Waived
- ☐ PD Fee Paid

**CASE OPENING**
- ☐ OPEN AS FP
- [X] OPEN AS CV
- ☐ OPEN AS X
- ☐ CHANGE X TO CV
- ☐ CHANGE X TO FP
- ☐ NO CREDIT REASSIGN TO

INT-0138-MIE Rev: 05/03